United States District Court
Southern District of Texas
**ENTERED**
January 19, 2023
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON</u>  PRESIDING
DATE: <u>January 19, 2023</u>
COURT REPORTER: <u>ERO</u>
MORNING: <u>10:19-10:20AM</u>     AFTERNOON: _____
******************************************************************************
CIVIL NO: 4:22cv4059

| | |
|---|---|
| Jeffrey Brown, | Kevin M. Cross |
| | Lewis A. Zipkin |
| Plaintiff | |
| v. | |
| Valvoline, LLC | Jeffrey Wayne Hawpe |
| Defendant | |

******************************************************************************
MINUTE ENTRY ORDER:

<u>The Court conducted the Initial Conference on January 19, 2023, and entered a Scheduling Order.</u>

SIGNED in Houston, Texas, this <u>19th</u> day of January, 2023.

_____
Sam Sheldon
United States Magistrate Judge