United States District Court
Southern District of Texas
**ENTERED**
January 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY BROWN, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-04059 |
| VALVOLINE, LLC | § § § | |
| Defendant. | § | |

## [PROPOSED] SCHEDULING ORDER

1. Trial: Estimated time to try: **4-5 days. Jury**

2. New parties must be joined by: **February 24, 2023**

3. The plaintiff's experts will be named with a report furnished by: **June 30, 2023**

4. The defendant's experts must be named with a report furnished by: **August 1, 2023**

5. Discovery must be completed by: **October 13, 2023**

Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.

6. Dispositive Motions will be filed by: **November 17, 2023**

   Responses due by: **December 15, 2023**

7. Non-Dispositive Motions will be filed by: **December 15, 2023**

****************The Court will provide these dates. **********************

8. Joint pretrial order is due: May 15, 2024

The plaintiff is responsible for filing the pretrial order on time.

9. Final Pretrial Conference is set for 1:30 PM on: June 17, 2024

10. Trial is set for 9:00 AM on: July 1, 2024

Signed this 19th day of January, 2023.

_____
Sam Sheldon
United States Magistrate Judge