# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY BROWN | § | CIVIL ACTION NO. 4:22-cv-04059 |
| | § | |
| Plaintiff, | § | JUDGE ANDREW S. HANEN |
| | § | |
| -vs- | § | **NOTICE OF DESIGNATION OF** |
| | § | **EXPERTS FOR PLAINTIFF** |
| VALVOLINE, LLC, | § | |
| FRANK HARRIS, and | § | |
| DALAN MOTZ | § | |
| | § | |
| Defendants. | § | |

COMES NOW Plaintiff JEFFREY BROWN, and hereby enters his Notice that he has served upon counsel for all Defendants herein his First Amended Disclosures and Designation of Experts pursuant to FRCP 26(a)(2)(A), identifying his retained testifying experts. Plaintiff has further produced to Defendant the experts' report, curriculum vitae, and all documents reviewed by, relied upon, or forming the basis of the experts' opinions.

        Respectfully submitted,

        /s/ Melissa B. Carr
        Melissa B. Carr, Esq. (Texas Bar No. 24065008)
        S.D. Tex. Federal ID No. 3667785
        **DuBois, Bryant & Campbell, LLP**
        303 Colorado Street, Suite 2300
        Austin, Texas 78701
        Phone: (512) 457-8000
        Fax: (512) 457-8008
        Email: mcarr@dbcllp.com

        *and*

        /s/ Lewis A. Zipkin
        Lewis A. Zipkin, Esq. (Ohio Bar No. 0030688)
        Kevin M. Gross, Esq. (Ohio Bar No. 0097343)
        **Zipkin Whiting Co., L.P.A.**
        3637 Green Road
        Beachwood, Ohio 44122

                                             Phone: (216) 514-6400
                                             Fax: (216) 514-6404
                                             Email: lawsmatter2@gmail.com
                                                         kgross.zipkinwhiting@gmail.com

                     ***Counsel for Plaintiff Jeffrey Brown***


## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was served via the Court's CM/ECF system on this 30th day of June 2023 upon:

Jeremy W. Hawpe, Esq.
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Lock Box 116
Dallas, Texas 75201
Phone: (214) 880-8100
Fax: (214) 880-0181
Email: jhawpe@littler.com

      ***Counsel for Defendant Valvoline, LLC***

                                              /s/ Melissa B. Carr