# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-04059 |
| | § | |
| VALVOLINE, LLC, FRANK HARRIS, | § | |
| and DALAN MOTZ | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF KEVIN MEYERS

I, Kevin Meyers, do hereby swear, affirm and attest as follows:

1. I am over the age of 18 and able to testify to the matters stated in this declaration. I make this declaration based upon my personal knowledge. This declaration is given voluntarily. I have not been promised any benefit, coerced or threatened in any manner in exchange for the testimony in this declaration.

2. I am the Manager NA Labor Relations for Valvoline.

3. I am the primary human resources representative assigned to the La Porte facility, but I physically office in Ohio. I have supported the La Porte facility since approximately February 2019.

4. Jeffrey Brown is a former Valvoline employee at the La Porte, Texas facility. Mr. Brown worked for Valvoline from February 2020 until he voluntarily resigned in January 2022.

5. Valvoline provides employment opportunities to qualified individuals without regard to race, color, religion, sex, national origin, or any other personal characteristics that are protected by law. Attached hereto as Exhibit A-1 is Valvoline's Equal Employment Opportunity Policy.

1

6. Valvoline is further committed to maintaining a work environment where people are treated with respect. Attached hereto as Exhibit A-2 is Valvoline's Anti-Harassment Policy. Valvoline does not tolerate the harassment of employees or applicants by anyone, including any supervisor, coworkers or non-employee.

PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on November 15, 2023.

_____
KEVIN MEYERS