IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-04059 |
| | § | |
| VALVOLINE, LLC, FRANK HARRIS, | § | |
| and DALAN MOTZ | § | |
| | § | |
| Defendants. | § | |

**APPENDIX TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT**

| Exhibit | Description |
|---|---|
| A | Declaration of Kevin Meyers |
| A-1 | Equal Employment Opportunity Policy<br>VALVOLINE – BROWN 000001 |
| A-2 | Anti-Harassment Policy<br>VALVOLINE – BROWN 000004-000005 |
| B | Declaration of Robert Shelton |
| C | Excerpts from the Deposition of Jeffrey Brown |
| D | Declaration of Frank Harris |
| D-1 | Job Description<br>VALVOLINE – BROWN 000018-000020 |
| D-2 | Final Written Warning<br>VALVOLINE – BROWN 000277-000279 |
| E | Declaration of Dylan Motz |
| F | Jeffrey Brown Offer Letter<br>VALVOLINE – BROWN 000336-000337 |