| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| JEFFREY BROWN, <br> *versus* <br> VALVOLINE, LLC, and FRANK HARRIS | HOUSTON DIVISION |
| | CIVIL ACTION NO. H-4:22-CV-04059 |
| | **<u>DEFENDANTS' EXHIBIT LIST</u>** |
| LIST OF: DEFENDANTS' TRIAL EXHIBIT LIST <br> TYPE OF HEARING: JURY TRIAL ON JULY 1, 2024 | COUNSEL: JEREMY W. HAWPE |
| JUDGE: ANDREW S. HANEN    CLERK: RHONDA HAWKINS | REPORTER: |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| DX1. | February 7, 2020 Employment Application of J. Brown for Manager/Supervisor <br> VALVOLINE - BROWN 000283-000294 | | | | |
| DX2. | J. Brown resume <br> VALVOLINE-BROWN 000495-000496 | | | | |
| DX3. | Job Description – Production Supervisor <br> VALVOLINE-BROWN 000018-000020 | | | | |
| DX4. | February 7, 2020, Offer Letter to Jeffrey Brown for position of Production Supervisor <br> VALVOLINE-BROWN 000336-000337 | | | | |
| DX5. | Employment Agreement between Jeffrey Brown and Valvoline <br> VALVOLINE-BROWN 000295-000297 | | | | |
| DX6. | December 1, 2022, Declaration of Former Valvoline, LLC Supervisor Jeffrey Brown in Craig Price lawsuit | | | | |
| DX7. | January 11, 2021, Corrective Action Notice for Jeff Brown (Final Written Warning) <br> VALVOLINE-BROWN 000277-000279 | | | | |
| DX8. | December 8, 2021, Offer Letter to Jeff Brown from Zeon Chemicals for Warehouse Supervisor position. <br> VALVOLINE-BROWN 000442-000443 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DX9. | January 3, 2022, Email from J. Brown to T. Thompson re resignation<br>VALVOLINE-BROWN 000387 | | | | |
| DX10. | Employee Complaint – December 16, 2020 complaint from D. Motz<br>VALVOLINE – BROWN 000275-000276 | | | | |
| DX11. | Workplace Investigations Initial Intake Report for J. Brown<br>VALVOLINE - BROWN 000271-000274 | | | | |
| DX12. | August 16, 2021, Retaliation and Racism complaint against management<br>VALVOLINE - BROWN 000298-000314 | | | | |
| DX13. | August 6, 2021, Charge of Discrimination filed with the EEOC against Valvoline<br>VALVOLINE-BROWN 000551-000552 | | | | |
| DX14. | Equal Employment Opportunity Policy<br>VALVOLINE-BROWN 000001 | | | | |
| DX15. | Anti-Harassment Policy<br>VALVOLINE-BROWN 000004-000005 | | | | |
| DX16. | Non-Retaliation Policy<br>VALVOLINE-BROWN 000002-000003 | | | | |
| DX17. | Records from Susan J. Hedges, RPT, LPCC, LPAT<br>VALVOLINE - BROWN 000646-000648 | | | | |
| DX18. | Records from University of Florida Physicians – Primary Care<br>VALVOLINE - BROWN 000649-000841 | | | | |
| DX19. | Records from Zeon Chemicals, L.P.<br>VALVOLINE - BROWN 000427-000542 | | | | |
| DX20. | Certifications of Health Care Provider for Family' Member's Serios Health Condition (FMLA)<br>VALVOLINE - BROWN 000039-000044 | | | | |

| DX21. | 2020 W-2 and Earnings Summary<br>VALVOLINE - BROWN 000389 | | | | |
|---|---|---|---|---|---|
| DX22. | 2021 W-2 and Earnings Summary<br>VALVOLINE - BROWN 000388 | | | | |
| DX23. | March 14, 2023, Plaintiff's Responses to Interrogatories and Request for Production | | | | |