IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFFREY BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VALVOLINE, LLC, *et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 4:22-CV-04059 |

**PLAINTIFF JEFFREY BROWN'S NOTICE OF NON-OPPOSITION TO THE DEFENDANTS' PROPOSED VOIR DIRE AND JURY CHARGE**

Now comes the Plaintiff, Jeffrey Brown, by and through undersigned council, and hereby respectfully gives notice to the Court that Brown neither opposes nor objects to the use of the voir dire and jury charge proposed by the Defendants, Valvoline, LLC, and Frank Harris. (*See* Doc. #: 32, 33.)

Respectfully submitted,

/s/ Kevin M. Gross
Lewis A. Zipkin, Esq. (Ohio Bar No. 0030688)
Kevin M. Gross, Esq. (Ohio Bar No. 0097343)
ZIPKIN WHITING CO., L.P.A.
3637 Green Road, Second Floor
Beachwood, Ohio 44122
Phone: (216) 514-6400
Fax: (216) 514-6406
Email: lawsmatter2@gmail.com
          kgross@zipkinwhiting.com

*Pro Hac Vice Counsel for Plaintiff Jeffrey Brown*

1

## **CERTIFICATE OF SERVICE**

A true and correct copy of *Plaintiff Jeffrey Brown's Notice of Non-Opposition to the Defendants' Proposed Voir Dire and Jury Charge* was served via the Court's CM/ECF system on May 16, 2024, upon:

>Jeremy W. Hawpe, Esq.
>LITTLER MENDELSON, P.C.
>2001 Ross Avenue, Suite 1500
>Dallas, Texas 75201
>Phone: (214) 880-8100
>Fax: (214) 880-0181
>Email: jhawpe@littler.com
>
>*and*
>
>Urvashi Morolia, Esq.
>LITTLER MENDELSON, P.C.
>1301 McKinney Street, Suite 1900
>Houston, Texas 77010
>Phone: (713) 951-9400
>Fax: (713) 951-9212
>Email: umorolia@littler.com
>
>*Counsel for Defendants Valvoline, LLC,*
>*and Frank Harris*

>Respectfully submitted,
>
>/s/ Kevin M. Gross
>Lewis A. Zipkin, Esq. (Ohio Bar No. 0030688)
>Kevin M. Gross, Esq. (Ohio Bar No. 0097343)
>
>*Pro Hac Vice Counsel for Plaintiff Jeffrey Brown*