IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:22-CV-04059 |
| | ) | |
| VALVOLINE, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF JEFFREY BROWN'S NOTICE OF APPEAL

Now comes the Plaintiff, Jeffrey Brown, by and through undersigned council, and hereby respectfully gives notice of his appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on June 11, 2024. Doc. #: 42.

Respectfully submitted,

/s/ Kevin M. Gross
Lewis A. Zipkin, Esq. (Ohio Bar No. 0030688)
Kevin M. Gross, Esq. (Ohio Bar No. 0097343)
ZIPKIN WHITING CO., L.P.A.
3637 Green Road, Second Floor
Beachwood, Ohio 44122
Phone: (216) 514-6400
Fax: (216) 514-6406
Email: lawsmatter2@gmail.com
        kgross@zipkinwhiting.com

*Pro Hac Vice Counsel for Plaintiff Jeffrey Brown*

1

## **CERTIFICATE OF SERVICE**

A true and correct copy of *Plaintiff Jeffrey Brown's Notice of Appeal* was served via the Court's CM/ECF system on July 8, 2024, upon:

Jeremy W. Hawpe, Esq.
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201
Phone: (214) 880-8100
Fax: (214) 880-0181
Email: jhawpe@littler.com

 *and*

Urvashi Morolia, Esq.
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Phone: (713) 951-9400
Fax: (713) 951-9212
Email: umorolia@littler.com

*Counsel for Defendants Valvoline, LLC, and Frank Harris*

    Respectfully submitted,

    /s/ Kevin M. Gross
    Lewis A. Zipkin, Esq. (Ohio Bar No. 0030688)
    Kevin M. Gross, Esq. (Ohio Bar No. 0097343)

    *Pro Hac Vice Counsel for Plaintiff Jeffrey Brown*